PHIL P. TOALE v. J. L. VAUGHAN, *et al.*

2 So. (2nd) 121
Division A
Opinion Filed May 2, 1941
Rehearing Denied May 27, 1941

*Randolph Calhoun,* for Appellant;

*William J. Ray,* for Appellees.

PER CURIAM.—Appeal brings for review final decree dismissing bill of complaint seeking specific performance.

The chancellor made findings of fact amply supported by the record and thereupon adjudged, "Upon these findings, as well as other equities in the case, the court concludes that this cause is not one in which equity could in good conscience grant specific per-

formance to the plaintiff." No error is made to appear and the decree is affirmed.

So ordered.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, J. J., concur.